| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
| | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone:  (702) 792-7000 |
| 4 | Facsimile:  (702) 796-7181 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |
| 6 | STEPTOE LLP |
| | Stephen J. Newman *(pro hac vice forthcoming)* |
| 7 | Alice Kwak *(pro hac vice forthcoming)* |
| | 2029 Century Park East, Suite 980 |
| 8 | Los Angeles, California 90067 |
| | Telephone:  (213) 439-9400 |
| 9 | Email: snewman@steptoe.com |
| | Email: akwak@steptoe.com |
| 10 | |
| | Attorneys for Defendant American |
| 11 | Express National Bank |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HONG SUN, an individual, | | Case No. 2:25-cv-00049-CDS-DJA |
| Plaintiff, | | |
| vs. | | **JOINT MOTION** ~~STIPULATION~~ **AND ORDER TO EXTEND DEADLINE TO RESPOND** |
| AMERICAN EXPRESS NATIONAL BANK, a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and TRANS UNION LLC, a foreign limited-liability company, | | **(FIRST REQUEST)** |
| Defendants. | | |

1  Plaintiff Hong Sun and defendant American Express National Bank
2  ("American Express") stipulate that the deadline for American Express to respond
3  to the complaint (ECF No. 1) be extended for 30 days from Thursday, February 6,
4  2025 until Monday, March 10, 2025.

5  This is the first extension sought in connection with this deadline and
6  is requested to permit the parties time to investigate the allegations and assess the
7  possibility of settlement.

| | |
|---|---|
| LAW OFFICE OF KEVIN L. HERNANDEZ | KAEMPFER CROWELL |
| /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br><br>Attorneys for Plaintiff<br>Hong Sun | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>STEPTOE LLP<br>Stephen J. Newman *(PHV forthcoming)*<br>Alice Kwak *(PHV forthcoming)*<br>2029 Century Park East, Suite 980<br>Los Angeles, California 90067<br><br>Attorneys for Defendant American Express National Bank |

## ORDER

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 9).

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/30/2025