1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  STEPTOE LLP
   Stephen J. Newman (pro hac vice forthcoming)
7  Alice Kwak (pro hac vice forthcoming)
   2029 Century Park East, Suite 980
8  Los Angeles, California 90067
   Telephone:  (213) 439-9400
9  Email: snewman@steptoe.com
   Email: akwak@steptoe.com
10
   Attorneys for Defendant American
11 Express National Bank

12              UNITED STATES DISTRICT COURT

13                 DISTRICT OF NEVADA

14 HONG SUN, an individual,              Case No. 2:25-cv-00049-CDS-DJA

15              Plaintiff,

16 vs.                                   **JOINT MOTION TO EXTEND
                                         DEADLINE FOR DEFENDANT
17 AMERICAN EXPRESS NATIONAL             AMERICAN EXPRESS NATIONAL
   BANK, a national banking association; BANK TO RESPOND**
18 EQUIFAX INFORMATION
   SERVICES, LLC, a foreign limited-     **(SECOND REQUEST)**
19 liability company; EXPERIAN
   INFORMATION SOLUTIONS, INC., a
20 foreign corporation; and TRANS
   UNION LLC, a foreign limited-liability
21 company,

22              Defendants.

23

24

1         Plaintiff Hong Sun and defendant American Express National Bank

2 ("American Express") submit this joint motion to extend the deadline for American

3 Express to respond to the complaint (ECF No. 1) for an additional 14 days, from

4 Monday, March 10, 2025 until Monday, March 24, 2025.

5         This is the second extension sought in connection with this deadline

6 and is requested to permit the parties time to investigate the allegations and assess

7 the possibility of settlement.

8 LAW OFFICE OF KEVIN L.         KAEMPFER CROWELL
HERNANDEZ

9

10 /s/ Kevin L. Hernandez
Kevin L. Hernandez, No. 12594     Robert McCoy, No. 9121

11 8920 W. Tropicana Avenue, Suite 101   Sihomara L. Graves, No. 13239
Las Vegas, Nevada 89147        1980 Festival Plaza Drive, Suite 650

12                       Las Vegas, Nevada 89135
Attorneys for Plaintiff

13 Hong Sun              STEPTOE LLP
Stephen J. Newman *(PHV forthcoming)*

14                   Alice Kwak *(PHV forthcoming)*
2029 Century Park East, Suite 980

15                   Los Angeles, California 90067

16              Attorneys for Defendant American
Express National Bank

17

18                 **ORDER**

19       IT IS SO ORDERED.

20

21             UNITED STATES MAGISTRATE JUDGE

22             DATED:   3/7/2025

23

24

KAEMPFER
CROWELL