Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HONG SUN, an individual, | Case No.: 2:25-cv-00049-CDS-DJA |
| Plaintiff | **STIPULATION DISMISSING AMERICAN EXPRESS NATIONAL BANK WITH PREJUDICE** |
| v. | |
| AMERICAN EXPRESS NATIONAL BANK, a national banking association, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign limited-liability company, | |
| Defendants | |

Plaintiff, Hong Sun ("Plaintiff"), and Defendant, American Express National Bank ("Amex"), have resolved all claims, disputes, and differences between Plaintiff and Amex.

Therefore, Plaintiff and Amex, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Amex with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Amex bearing their own attorneys'

///

///

///

///

///

///

fees and costs incurred in this action.

<table>
<tr><td>Dated: December 17, 2025</td><td>Dated: December 17, 2025</td></tr>
<tr><td>

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

</td><td>

**KAEMPFER CROWELL**

*/s/ Robert McCoy*

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

STEPTOE LLP
Stephen J. Newman *(PHV forthcoming)*
2029 Century Park East, Suite 980
Los Angeles, California 90067

***Attorneys for Defendant American
Express National Bank***

</td></tr>
</table>

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff's claims against American Express National Bank ("Amex") are dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 18, 2025